PS 42
(2/98)

RECEIVED
U.S. PROBATION OFFICE
JUN 10 2005
ASHEVILLE, NC

**United States District Court**

**WESTERN DISTRICT OF NORTH CAROLINA**

United States of America )
)
vs )
)
Crystal Diane Frady )

**F I L E D**
ASHEVILLE, N. C.

JUN 13 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

Case No. 1:04CR43-2

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Crystal Diane Frady, have discussed with Robert T. Ferguson, Probation Officer, modification of my release as follows:

The condition of home detention with electronic monitoring is stricken.

I consent to this modification of my release conditions and agree to abide by this modification.

X Crystal Frady                          6/7/05
Signature of Defendant                   Date

This Modification Order has been discussed with AUSA Jill Westmoreland Rose, and he/she concurs with my recommendation.

_____                  6/7/05
USPO Robert T. Ferguson                   Date

Reviewed and Approved:    Elisabeth F. E.                6/8/05
                          SUSPO Elisabeth F. Ervin        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel          Date

[X]    The above modification of conditions of release is ordered, to be effective on Jun 9, 2005.

[ ]    The above modification of release is not ordered.

_____     Jun 9 2005
Dennis Lee Howell                    Date
U.S. Magistrate Judge

cc:  AUSA Rose     Defendant     Defense Attorney     PSI Officer
                                 John Dueter          Ferguson


RECEIVED
JUN - 9 2005